**SEALED**

BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2918

**FILED**

MAY 2 3 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE APPLICATION )
OF THE UNITED STATES OF AMERICA  )  Case No.   2:13-MJ-170 AC
FOR CRIMINAL COMPLAINT AND       )
ARREST WARRANT                   )  ORDER TO SEAL
                                 )
                                 )
                                 )
                                 )
                                 )

The Court hereby orders that the Criminal Complaint, Arrest Warrant, Affidavit of Deputy Marshal Rodriguez, the Request of Assistant U.S. Attorney Todd D. Leras to Seal the documents, and this Order, in the above-referenced matter, shall be sealed until further order of this Court.

DATED: May 23, 2013

_____
ALLISON CLAIRE
United States Magistrate Judge