BENJAMIN B. WAGNER
United States Attorney
MICHELLE RODRIGUEZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>           v.<br><br>SHANE FRANKLYN MILLER,<br><br>                         Defendant. | CASE NO.  02:13-MJ-00170 DAD<br><br>ORDER |

   The United States' motion to dismiss without prejudice the underlying UFAP complaint and recall the arrest warrant in the above referenced case, 13-MJ-00170 DAD against defendant SHANE FRANKLYN MILLER is GRANTED.

Dated: August 4, 2014

Dad1.crim
Miller0170.mtd.and.ord

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

1